**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **DESHAWN HUNTER,** ) | **Case No. 5:11 CV 982** |
| ) | **Criminal Case No. 5:07 CR 40** |
| Petitioner, ) | |
| ) | **Judge Dan Aaron Polster** |
| vs. ) | |
| ) | **MEMORANDUM OF OPINION** |
| **UNITED STATES OF AMERICA,** ) | **AND ORDER** |
| ) | |
| Respondent. ) | |

On October 12, 2011, this Court issued a Memorandum of Opinion and Order (**Case No. 5:07-CR-40, Doc. # 62; Case No. 5:11-CV-982, Doc. # 7**) denying Petitioner Deshawn Hunter's motion for reconsideration (**Case No. 5:07-CR-40, Doc. # 59**), motion to dismiss the indictment (**Case No. 5:07-CR-40, Doc. # 60**), motion for a relation-back amendment (**Case No. 5:11-CV-982, Doc. # 4**), and subject-matter jurisdiction motion (**Case No. 5:11-CV-982, Doc. # 5**).

Pursuant to 28 U.S.C. §2253(c) and Fed. R. App. P. 22(b), the Court finds that there is no basis upon which to issue a certificate of appealability. The Court therefore certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from the Court's October 12 ruling could not be taken in good faith.

**IT IS SO ORDERED.**

                                             /s/ Dan A. Polster 11/14/11
                                             **Dan Aaron Polster**
                                             **United States District Judge**